Robin L. Greenwald, Esq.
**WEITZ & LUXENBERG PC**
700 Broadway
New York, NY 10003
Tel: (212) 558-5802
Fax: (212) 344-5461
rgreenwald@weitzlux.com

Mark R. Niemeyer, Esq.
Michael S. Kruse, Esq.
**NIEMEYER, GREBEL & KRUSE LLC**
10 S. Broadway, Suite 1125
St. Louis, MO 63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com
*Attorneys for Plaintiffs*

Gregory S. Chernack, Esq.
**HOLLINGSWORTH LLP**
1350 I Street, N.W.
Washington, DC 20005
Telephone:    (202) 898-5800
Facsimile:    (202) 682-1639
gchernack@hollingsworthllp.com
*Attorneys for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:19-cv-03566 |
| This document relates to: | **JOINT STIPULATION REGARDING REMAND** |
| DONALD BITTINGER, JR., *et al.*, Plaintiffs, v. MONSANTO COMPANY, Defendant. | |

# JOINT STIPULATION REGARDING REMAND

**WHEREAS,** Plaintiffs first filed their case against Defendant Monsanto Company in the 22nd Judicial Circuit Court for the City of St. Louis, Missouri, on April 26, 2019, in *Bittinger, Jr., et al. v. Monsanto Co.*, No. 1922-CC00850 (Mo. Cir. Ct. St. Louis City), alleging that exposure to Monsanto Company's Roundup caused them to develop Non-Hodgkin Lymphoma;

**WHEREAS,** Monsanto removed the action on June 3, 2019, on the bases of federal question and federal enclave jurisdiction, arguing that Plaintiff Manuel Colon allegedly was exposed to Roundup on federal enclave property; and

**WHEREAS**, Monsanto agrees in its Notice of Removal that "the Court should order severance and remand to state court the severed claims of the other plaintiffs who do not allege injuries arising from exposures to Roundup®-branded products on federal enclaves – and therefore do not fall within this Court's original federal question jurisdiction";

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiffs and Defendant, by and through their respective counsel, that:

1. Plaintiffs and Defendant request that the Court enter the proposed order to sever all cases and remand the severed Plaintiffs, other than Plaintiff Colon, in the above-captioned lawsuit to state court for further proceedings; and

2. By virtue of this stipulation, Plaintiff Manuel Colon does not waive his right to challenge the removal of his case from state court on the basis of federal question and federal enclave jurisdiction.

Dated: August 20, 2019

**WEITZ & LUXENBERG PC**

By: */s/ Robin L. Greenwald*

| | |
|---|---|
| 1 | Robin L. Greenwald, Esq. |
| 2 | 700 Broadway |
| | New York, NY 10003 |
| 3 | Tel: (212) 558-5802 |
| | Fax: (212) 344-5461 |
| 4 | rgreenwald@weitzlux.com |

**NIEMEYER, GREBEL & KRUSE LLC**

By: <u>*/s/ Mark R. Niemeyer*</u>

Mark R. Niemeyer, Esq.
Michael S. Kruse, Esq.
10 S. Broadway, Suite 1125
St. Louis, MO 63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com

**HOLLINGSWORTH LLP**

By: <u>*/s/ Gregory S. Chernack*</u>

Gregory S. Chernack, Esq.
1350 I Street, N.W.
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639
gchernack@hollingsworthllp.com