UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:19-cv-03566 |
| This document relates to: | **ORDER GRANTING JOINT STIPULATION REGARDING REMAND** |
| DONALD BITTINGER, JR., *et al.*, Plaintiffs, | |
| v. | |
| MONSANTO COMPANY, Defendant | |

**THIS CAUSE** having come before the Court on the Joint Stipulation Regarding Remand. Having reviewed said request, and finding good cause, the Court GRANTS the Joint Stipulation Regarding Remand and it is hereby ordered that the cases of all Plaintiffs are severed from Plaintiff Manuel Colon, and all Plaintiffs, except Plaintiff Manuel Colon, are remanded to the 22nd Judicial Circuit Court for the City of St. Louis, Missouri, with the parties to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Date: _____

_____
VINCE CHHABRIA
United States District Judge